[No. 9615–7–III. Division Three. November 9, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. JULIO M. QUINTANAR, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 88–1–01447–2, Howard Hettinger, J., entered October 6, 1988. *Affirmed* by unpublished opinion per Shields, J., concurred in by Green and Munson, JJ.

[No. 12344–4–II. Division Two. November 9, 1989.]

CHRISTY B. ROBINSON, ET AL, *Respondents,* v. WARNER DISTRIBUTING, INC., ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Clallam County, No. 88–2–00565–9, Terence Hanley, J., entered October 5, 1988. *Affirmed* by unpublished per curiam opinion.

[No. 11770–3–II. Division Two. November 9, 1989.]

KEN PSARIS, ET AL, *Respondents,* v. THOMAS C. SORAN, ET AL, *Defendants,* SAFECO INSURANCE COMPANY, SURETY BOND NO. 4716916, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 85–2–05667–7, E. Albert Morrison, J., entered January 29, 1988. *Reversed* and *dismissed* by unpublished opinion per Wieland, J. Pro Tem., concurred in by Pearson and Utter, JJ. Pro Tem.